1

Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

2

3

4

5

Attorney for Plaintiff

6

7

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

11

MICHAEL CANNON, RITA HUNTER,
RICHARD MOYER, JOHN STARKS and
DANIEL VARGAS,

12

13

14

Plaintiffs,

15

vs.

16

17

KEOLIS TRANSIT AMERICA, INC., a
Delaware Corporation; MV
TRANSPORTATION, INC., a California
Corporation; and VEOLIA
TRANSPORTATION SERVICES, INC., a
Maryland Corporation,

18

19

20

21

Defendants.

22

23

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:14-cv-01983-JCM-CWH

STIPULATION AND ORDER CONTINUING
THE DATE THAT PLAINTIFFS MUST FILE
THEIR RESPONSE TO DEFENDANT
VEOLIA TRANSPORTATION SERVICES,
INC'S MOTION TO DISMISS PLAINTIFFS'
COMPLAINT
[LR 6-1; LR 6-2]

(First Request)

24

25

26

27

28

        IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective

counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiffs' response to Defendant VEOLIA

TRANSPORTATION SERVICES, INC'S motion to dismiss Plaintiffs' complaint filed on March

5, 2015, for which the response is currently due by March 22, 2015, will be continued to April 1,

2015 and Defendant VEOLIA TRANSPORTATION SERVICES, INC'S reply will be due by April 13, 2015.

Said continuance is being stipulated to, to give Plaintiffs an adequate opportunity to respond to said motion given that Plaintiffs' counsel has had to respond to discovery requests from the other two Defendants in this action along with working on other cases Plaintiffs' counsel is involved in.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiffs' response to Defendant's motion to dismiss Plaintiffs' complaint.

LAW OFFICES OF MICHAEL P. BALABAN

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Michael P. Balaban, Esq.
Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, NV  89141
Attorney for Plaintiffs

/s/ Jeremy R. Alberts, Esq.
Jeremy R. Alberts Esq.
6385 South Rainbow Boulevard, Suite 400
Las Vegas, NV  89118
Attorney for Defendant Veolia Transportation Services, Inc.

Dated:  March 19, 2015

Dated:  March 19, 2015

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____ March 20, 2015. _____