Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Peter D. Navarro, Bar No. 10168
peter.navarro@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Robert D. Vogel, California Bar No. 63091
vogelr@jacksonlewis.com
*Admitted Pro Hac Vice*
**JACKSON LEWIS P.C.**
725 S. Figueroa St., #2500
Los Angeles, CA 90017
Tel: (213) 630-8277
Fax: (213) 689-0430

*Attorneys for Defendant*
*Keolis Transit America, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CANNON, RITA HUNTER, RICHARD MOYER, JOHN STARKS and DANIEL VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>KEOLIS TRANSIT AMERICA, INC., a Delaware Corporation; MV TRANSPORTATION, INC., a California Corporation; and VIOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation,<br><br>Defendants. | Case No. 2:14-cv-01983-JCM-CWH<br><br>**STIPULATION AND ORDER CONTINUING THE DATE FOR DEFENDANTS TO FILE RESPONSES TO PLAINTIFFS' MOTION TO AMEND**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that the deadline for responses to Plaintiffs'

1

1  Motion to Amend (Dkt. #26) filed on March 25, 2015, shall be continued until April 22, 2015.

2  Replies in support of the Motion to Amend shall be due by May 6, 2015.

3  Responses to the Motion to Amend are currently due on April 13, 2015. Said

4  continuance is being stipulated to accommodate the professional commitments of counsel and

5  is sought in good faith and not for the purpose of delay. There has been no prior request for

6  any extension of time with respect to the Motion to Amend.

Dated: April 9, 2015

| | |
|---|---|
| */s/ Peter D. Navarro*_____ | */s/ Michael P. Balaban*_____ |
| Elayna J. Youchah | Michael P. Balaban |
| Peter D. Navarro | Law Offices of Michael P. Balaban |
| Jackson Lewis P.C. | 10726 Del Rudini St. |
| 3800 Howard Hughes Parkway, Ste. 600 | Las Vegas, NV 89141 |
| Las Vegas, NV 89169 | |
| | *Attorneys for Plaintiffs* |
| Robert Vogel | |
| Jackson Lewis P.C. | */s/ Crystal J. Herrera*_____ |
| 725 S. Figueroa St., #2500 | Bruce C. Young |
| Los Angeles, CA 90017 | Crystal J. Herrera |
| | Littler Mendelson |
| *Attorneys for Defendant Keolis Transit America, Inc.* | 3960 Howard Hughes Pkwy., #300 |
| | Las Vegas, NV 89169 |
| | |
| | *Attorneys for MV Transportation, Inc.* |
| */s/ Jeremy R. Alberts*_____ | |
| Jeremy R. Alberts | |
| Gunn & Dial, LLC | |
| 6385 S. Rainbow Blvd., Ste. 400 | |
| Las Vegas, NV 89118 | |
| | |
| *Attorneys for Veolia Transportation Services, Inc.* | |

IT IS SO ORDERED April 14, 2015.

_____
UNITED STATES DISTRICT JUDGE

2