Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CANNON, RITA HUNTER, RICHARD MOYER, JOHN STARKS and DANIEL VARGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>KEOLIS TRANSIT AMERICA, INC., a Delaware Corporation; MV TRANSPORTATION, INC., a California Corporation; and VEOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation,<br><br>Defendants. | CASE NO. 2:14-cv-01983-JCM-CWH<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MICHAEL CANNON MUST FILE HIS RESPONSE TO DEFENDANT MV TRANSPORTATION, INC'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO  PLAINTIFF MICHAEL CANNON'S COMPLAINT<br>[LR 6-1; LR 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff Michael Cannon's response to Defendant MV TRANSPORTATION, INC'S motion for judgment on the pleadings as to Plaintiff Michael Cannon's complaint filed on July 22, 2015, for which the response is currently due by

1

1  August 8, 2015, will be continued to August 24, 2015, and Defendant MV TRANSPORTATION,
2  INC'S  reply will be due by September 8, 2015.
3        Said continuance is being stipulated to, to give Plaintiff Michael Cannon an adequate
4  opportunity to respond to said motion given that Plaintiff's counsel has been involved in other
5  matters relating to the case including attending depositions of Plaintiffs in the case, doing other
6  work related to the case and working on other cases Plaintiff's counsel is involved in.  No
7  previous continuances or extensions have been requested or granted as to the filing of Plaintiff
8  Michael Cannon's response to Defendant MV TRANSPORTATION, INC'S motion for judgment
9  on the pleadings as to Plaintiff Michael Cannon's complaint.

LAW OFFICES OF MICHAEL P. BALABAN                LITTLER MENDELSON, P.C.

/s/ Michael P. Balaban, Esq.                                      /s/ Bruce C. Young, Esq.
Michael P. Balaban, Esq.                                            Bruce C. Young, Esq., Crystal J. Herrera, Esq.
10726 Del Rudini Street                                              3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89141                                                Las Vegas, NV  89169
Attorney for Plaintiff Michael Cannon                       Attorney for Defendant MV Transportation, Inc.


Dated:  August 6, 2015                                              Dated:  August 6, 2015



                                                   IT IS SO ORDERED:

                                                   UNITED STATES DISTRICT JUDGE

                                                 Dated: August 7, 2015

2