1 | BRUCE C. YOUNG, ESQ., Bar #5560
CRYSTAL HERRERA, ESQ., Bar #12396
2 | LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
3 | Las Vegas, NV 89169-5937
Telephone: 702.862.8800
4 | Fax No.: 702.862.8811

5 | Attorneys for Defendant,
MV TRANSPORTATION, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CANNON, RITA HUNTER, RICHARD MOYER, JOHN STARKS and DANIEL VARGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>KEOLIS TRANSIT AMERICA, INC., a Delaware Corporation; MV TRANSPORTATION, INC., a California Corporation; and VIOLIA TRANSPORTATION SERVICES, INC. a Maryland Corporation,<br><br>Defendants. | Case No. 2:14-cv-01983-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MV TRANSPORTATION, INC. TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF MICHAEL CANNON'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff MICHAEL CANNON (hereinafter "Plaintiff") and Defendant MV TRANSPORTATION, INC. (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the following:

Defendant's Reply in Support of its Motion for Judgment on the Pleadings is currently due on September 8, 2015. The parties have agreed that the new date for filing the Reply is extended to September 11, 2015. This extension is necessary to provide adequate time for counsel for Defendant to receive and review necessary information to prepare a Reply in support of its Motion for Judgment on the Pleadings. This is the second request for an extension of time for Defendant to reply in support of its Motion for Judgment on the Pleadings

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1  The parties agree and represent to the Court that this request is made in good faith and not for
2  the purpose of delay.

3  Dated: September 4, 2015                    Dated: September 4, 2015

4  Respectfully submitted,                    Respectfully submitted,

6  /s/ Michael P. Balaban                     /s/ Crystal J. Herrera
7  MICHAEL P. BALABAN, ESQ.                   BRUCE C. YOUNG, ESQ.
   LAW OFFICES OF MICHAEL P.                  CRYSTAL HERRERA, ESQ.
8  BALABAN                                    LITTLER MENDELSON, P.C.

9  Attorney for Plaintiffs                    Attorneys for Defendant
                                              MV TRANSPORTATION, INC.

**ORDER**

   **IT IS SO ORDERED.**

   Dated: _September 10_____, 2015.


   _____
   UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.