D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Jeremy R. Alberts, Esq.
jalberts@wwhgd.com
Nevada Bar No. 10497
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3838
*Attorneys for*
*Veolia Transportation Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CANNON, RITA HUNTER, RICHARD MOYER, JOHN STARKS and DANIEL VARGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>KEOLIS TRANSIT AMERICA, INC., a Delaware Corporation; MV TRANSPORTATION, INC., a California Corporation; and VEOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation.<br><br>Defendants. | Case No.:  2:14-cv-01983-JCM-CWH<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS MICHAEL CANNON, JOHN STARKS, AND DANIEL VARGAS' DISCRIMINATORY TERMINATION CLAIMS** |

Defendant Veolia Transpiration Services, Inc. which is now known as Transdev North America, Inc. (hereinafter "Veolia") and Plaintiffs Michael Cannon, John Starks, and Daniel Vargas (hereinafter collectively, "Plaintiffs"), by and through their respective counsel of record, hereby submit this stipulation and order dismissing certain claims and defenses with prejudice.

Plaintiffs hereby stipulate and agree to the dismissal, with prejudice, of any and all claims asserted against Veolia that Veolia was responsible for Plaintiffs not being hired for the Sunset and Simmons service contracts, which Veolia lost to Keolis Transit America, Inc. (hereinafter "Keolis") and MV Transportation, Inc. (hereinafter "MV") respectively, on or about July 7, 2013 (hereinafter, "Dismissed Claims").

Defendant Veolia hereby stipulates and agrees to waive any claim for fees and costs arising out of or related to the above referenced Dismissed Claims.

Plaintiffs do not waive or dismiss any claims against Veolia relating to them not being hired by Veolia for the SuperShuttle contract or the Para-Transit contract, both of which were obtained by Veolia after they lost the Sunset and Simmons service contracts. Defendant Veolia further stipulates and agrees to waive any arguments that it might have, that Plaintiffs failed to exhaust their administrative remedies with respect to not being hired for the SuperShuttle or Para-Transit contracts.

| LAW OFFICES OF MICHAEL P. BALABAN | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br><br>*Attorneys for Plaintiffs* | D. Lee Roberts, Jr., Esq.<br>Jeremy R. Alberts, Esq.<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br>*Attorneys for Veolia Transportation Services, Inc.* |

## ORDER

**IT IS SO ORDERED.**

Dated December 28, 2015.

_____
UNITED STATES DISTRICT JUDGE