D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Jeremy R. Alberts, Esq.
jalberts@wwhgd.com
Nevada Bar No. 10497
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3838
*Attorneys for*
*Veolia Transportation Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CANNON, RITA HUNTER, RICHARD MOYER, JOHN STARKS and DANIEL VARGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>KEOLIS TRANSIT AMERICA, INC., a Delaware Corporation; MV TRANSPORTATION, INC., a California Corporation; and VEOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation.<br><br>Defendants. | Case No.: 2:14-cv-01983-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS RITA HUNTER AND RICHARD MOYER'S CLAIMS AGAINST DEFENDANT VEOLIA TRANSPORTATION SERVICES, INC.** |

Defendant **VEOLIA TRANSPORTATION SERVICES, INC.** which is now known as Transdev North America, Inc. and Plaintiffs **RITA HUNTER** and **RICHARD MOYER**, by and through their respective counsel of record, hereby stipulate that any and all claims asserted by Plaintiffs **RITA HUNTER** and **RICHARD MOYER** against **VEOLIA TRANSPORTATION SERVICES, INC.** in the above captioned action are hereby **DISMISSED WITH PREJUDICE** pursuant to FRCP 41.

/ / /

/ / /

/ / /

All parties are to bear their own costs, fees, and expenses hereto.

| LAW OFFICES OF MICHAEL P. BALABAN | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br><br>*Attorneys for Plaintiffs* | /s/ Jeremy R. Alberts<br>D. Lee Roberts, Jr., Esq.<br>Jeremy R. Alberts, Esq.<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada  89118<br>*Attorneys for Veolia Transportation Services, Inc.* |

## ORDER

**IT IS SO ORDERED.**

Dated January 15, 2016.

_____
UNITED STATES DISTRICT JUDGE