BRUCE C. YOUNG, ESQ., Bar #5560
CRYSTAL J. HERRERA, ESQ., Bar #12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant,
MV TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CANNON, RITA HUNTER, RICHARD MOYER, JOHN STARKS and DANIEL VARGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>KEOLIS TRANSIT AMERICA, INC., a Delaware Corporation; MV TRANSPORTATION, INC., a California Corporation; and VIOLIA TRANSPORTATION SERVICES, INC. a Maryland Corporation,<br><br>Defendants. | Case No. 2:14-cv-01983-JCM-CWH<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BETWEEN PLAINTIFFS MICHAEL CANNON, RITA HUNTER, JOHN STARKS AND DANIEL VARGAS AND DEFENDANTS KEOLIS TRANSIT AMERICA, INC. AND MV TRANSPORTATION, INC.** |

Plaintiffs Michael Cannon, Rita Hunter, John Starks and Daniel Vargas (collectively "Plaintiffs") and Defendants Keolis Transit America, Inc. and MV Transportation, Inc. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court enter an order dismissing Plaintiffs' action in its entirety against these Defendants only, with prejudice.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree that each party will bear its own costs and fees.

Dated: March 8, 2016  Dated: March 8, 2016

Respectfully submitted,  Respectfully submitted,

/s/ Michael P. Balaban  /s/ Crystal J. Herrera
MICHAEL P. BALABAN, ESQ.  BRUCE C. YOUNG, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN  CRYSTAL J. HERRERA, ESQ.
  LITTLER MENDELSON, P.C.

Attorney for Plaintiffs  Attorneys for Defendant
  MV TRANSPORTATION, INC.

Dated: March 8, 2016

Respectfully submitted,

/s/ Robert D. Vogel
ROBERT D. VOGEL, ESQ.
ELAYNA J. YOUCHAH, ESQ.
PETER D. NAVARRO, ESQ.
JACKSON LEWIS, P.C.

Attorneys for Defendant
KEOLIS TRANSIT AMERICA, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: March 14, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800