D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Jeremy R. Alberts, Esq.
jalberts@wwhgd.com
Nevada Bar No. 10497
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3838
*Attorneys for Veolia Transportation Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CANNON, RITA HUNTER, RICHARD MOYER, JOHN STARKS and DANIEL VARGAS,<br><br>  Plaintiffs,<br><br>vs.<br><br>KEOLIS TRANSIT AMERICA, INC., a Delaware Corporation; MV TRANSPORTATION, INC., a California Corporation; and VEOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation.<br><br>  Defendants. | Case No.:  2:14-cv-01983-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs and Defendant Veolia Transportation Services, Inc., which is now known as Transdev North America, Inc., by and through their respective counsel of record, hereby stipulate and respectfully request that the Court enter an order dismissing Plaintiffs' action in its entirety against this Defendant with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties agree that each party will bear its own costs and fees.

Dated this 6th day of June, 2016.                    Dated this 6th day of June, 2016.

LAW OFFICES OF MICHAEL P. BALABAN            WEINBERG, WHEELER, HUDGINS,
                                                                            GUNN & DIAL, LLC

*/s/ Michael P. Balaban*                                    */s/ Jeremy R. Alberts*
Michael P. Balaban                                           D. Lee Roberts, Jr., Esq.
10726 Del Rudini St.                                         Jeremy R. Alberts, Esq.
Las Vegas, NV 89141                                       6385 South Rainbow Blvd., Suite 400
                                                                           Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*                                  *Attorneys for Veolia Transportation Services, Inc.*

**ORDER**

**IT IS SO ORDERED**.

Dated June 8, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE